PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT DOBRSKI, | ) | CASE NO. 1:09CV00963 |
| Plaintiff, | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| FORD MOTOR COMPANY, | ) | |
| Defendant. | ) | **MEMORANDUM OF OPINION AND ORDER** (Resolving ECF No. 76) |

Before the Court is the Report and Recommendation of Magistrate Judge Kenneth S. McHargh recommending that the Court sanction Plaintiff Vincent Dobrski in the form of payment to Defendant Ford Motor Company a total of four thousand, four hundred, forty-four dollars and ninety cents ($4,444.90), with at least one thousand dollars ($1,000.00) payable within fourteen days.[1]  ECF No. 76.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd, Thomas v. Arn*, 474 U.S. 140, 145 (1985); *Howard v. Sec'y of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Parties must file objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's

---

[1] In an earlier ruling, the Court adopted the magistrate judge's recommendation to grant Defendant Ford Motor Company's Motion for Sanctions, and directed the magistrate judge to conduct a hearing to determine Plaintiff Vincent Dobrski's sanction. *See* ECF No. 69.

(1:09CV00963)

judgment. *Thomas*, 474 U.S. at 145. Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, Plaintiff has not filed objections to the Report and Recommendation. The Court finds that the Report and Recommendation is supported by the record, and agrees with the recommended sanction. ECF No. 76.

Accordingly, the Court adopts Magistrate Judge Kenneth S. McHargh's Report and Recommendation. ECF No. 76. Plaintiff Vincent Dobrski is ordered to pay Defendant Ford Motor Company a total of four thousand, four hundred, forty-four dollars and ninety cents, ($4,444.90), with at least one thousand dollars ($1,000.00) payable within fourteen (14) days from the date of this Order.

IT IS SO ORDERED.


May 14, 2012             /s/ Benita Y. Pearson
Date                          Benita Y. Pearson
                              United States District Judge